UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 7A

| | |
|---|---|
| Boise Cascade Building Materials distribution, LLC,<br><br>Plaintiff,<br><br>v.<br>United States<br><br>Defendant. | Court No. 25-136 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 07/21/2025

/s/ William Marshall

Attorney for Plaintiff

Sandler Travis & Rosenberg PA

Street Address

675 Third Ave., Suite 2425, New York, NY 10017

City, State and Zip Code

(212)549-0138

Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: July 22, 2025

Clerk, U. S. Court of International Trade

By: /s/ giselle Almonte

Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 25-136 | Boise Cascade Building Materials distribution, LLC, |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: July 22, 2025

Clerk, U. S. Court of International Trade

By: /s/ giselle Almonte
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)